No. 00–162.   PRATHER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 00–170.   OXENDINE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 00–172.   BURNS *v.* UNINET, INC., ET AL.   C. A. 4th Cir. Certiorari denied.

No. 00–174.   JONES *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 00–177.   STANLEY ET AL. *v.* TOWNSHIP OF CLAY ET AL. C. A. 6th Cir.   Certiorari denied.

No. 00–178.   AZIZ *v.* SLATER, SECRETARY OF TRANSPORTATION. C. A. D. C. Cir.   Certiorari denied.

No. 00–188.   BRZOZOWSKI *v.* DELAWARE.   C. A. 3d Cir.   Certiorari denied.

No. 00–193.   HOFFMAN, AKA ALAMO *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 00–199.   SLOAN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 00–202.   SYLVIE M. ET AL. *v.* BOARD OF EDUCATION OF DRIPPING SPRINGS INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir.   Certiorari denied.

No. 00–204.   WEST *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 00–206.   KENDALL *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 00–211.   GRIMES ET UX. *v.* NORTHWEST AIRLINES, INC. C. A. 3d Cir.   Certiorari denied.

No. 00–224.   MANDANICI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.